O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ARKANSAS PIPE TRADES HEALTH AND WELFARE FUND et al., | Case No. 8:24-cv-01894-ODW (KESx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| STILES CONSULTING FIRM, LLC et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, (ECF No. 30), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiffs and against Defendants, in accordance with this Court's Order Granting Plaintiffs' Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs the total sum of **$54,631.75** in principal, attorneys' fees, and costs; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 3, 2025

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**